# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:17-cv-05362-VBF-KES           Date: December 21, 2017

Title: ERIC BLOSS v. PATTON STATE HOSPITAL, ET AL.

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):        **Order To Show Cause Why Case Should Not Be Dismissed For Failure to Pay Filing Fee**

      Pro se Plaintiff Eric Bloss ("Plaintiff") initiated this action by filing a civil rights complaint dated May 27, 2017, that the Clerk docketed on July 20, 2017. (Dkt. 1.) Plaintiff concurrently filed a request to proceed without prepayment of filing fees (the "IFP Request"). (Dkt. 2.) In response to a later inquiry from the Court, Plaintiff stated that he had filed the action while in custody, but had subsequently been released on June 30, 2017. (Dkts. 6; 7.)

      On September 15, 2017, the Court entered an order denying the IFP Request with leave to amend for an inadequate showing of indigency. (Dkt. 9.) The Court ordered Plaintiff to submit further documents detailing his "post-release funds and financial condition" within thirty days. (Id.) Plaintiff did not timely submit those documents. Accordingly, on October 24, 2017—after the expiration of the thirty day deadline—the Court entered an order denying the IFP Request and dismissing Plaintiff's case without prejudice (the "Dismissal Order"). (Dkt. 10.)

      On October 25, 2017, one day after entry of the Dismissal Order, the Court received from Plaintiff an undated letter advising of an updated address after a September 30, 2017 arrest. Based on that update, the Court sua sponte vacated the Dismissal Order and extended Plaintiff's deadline to file financial documentation until November 30, 2017. (Dkt. 12.) It noted that if Plaintiff remained incarcerated, then he needed to submit a prison trust statement. (Id. at 2.)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:17-cv-05362-VBF-KES

Date: December 21, 2017
Page 2

     As of the date of this order, Plaintiff has failed to submit a timely response containing financial documents or pay the filing fee.  Accordingly, Plaintiff is ORDERED to show cause *on or before January 31, 2018* why this case should not be dismissed.  Failure to timely respond will result in dismissal of this action.

Initials of Deputy Clerk <u>JD</u>