# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:17-cv-05362-VBF-KES | Date: March 8, 2019 |

Title: ERIC BLOSS v. PATTON STATE HOSPITAL, et al.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE Why Case Should Not Be Dismissed for Failure to Prosecute**

    Per the Los Angeles County Sheriff's Department's Inmate Information Center, Plaintiff Eric Bloss ("Plaintiff") was released from custody on February 15, 2019. <u>See</u> https://app5.lasd.org/iic/ajis_search.cfm. Plaintiff has not notified the Court of his release or of his current address. Plaintiff has been granted permission to electronically receive Court orders upon his release and instructed on how to do so. (Dkt. 28.)

    Local Rule 41-6 provides: "A party proceeding <u>pro se</u> shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a <u>pro se</u> plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution." L.R. 41-6. Plaintiff has failed to comply with Local Rule 41-6.

    The Court therefore orders Plaintiff to show cause why this action should not be dismissed for failure to prosecute and failure to comply with Local Rule 41-6. To discharge this Order to Show Cause, Plaintiff shall notify the Court **on or before March 21, 2019**, of his current address and intent to prosecute this lawsuit. **If Plaintiff does not do so, then the Court may recommend that this action be dismissed for failure to prosecute.**

                                                                             Initials of Deputy Clerk <u>JD</u>